| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Ishii, Anthony W | 2. Court or Organization  Eastern District of California | 3. Date of Report  5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial   ◉ Annual   ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  U.S. District Court  1130 O Street  Fresno, CA 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Assn. of Business Trial Lawyers, San Joaquin Valley Chapter |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1983 | Fresno County Retirement System; retirement benefits based upon age and years of service |
| 2. 1994 | California Judges Retirement System; retirement benefits based upon age and years of service |

RECEIVED MAY 13 12 09 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Incom**

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Incom** - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.   2003 | California State University Fresno |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ishii, Anthony W | 5/12/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE _.- (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Ishii Bros., Inc. Common Stock | B | Dividend | N | U | | | | | |
| 2. Lucent Tech. Common Stock | | None | | | Sell | 11/19 | J | | |
| 3. Worldcom Common Stock | | None | | | Sell | 11/19 | J | | |
| 4. Lucent Tech. Common Stock | | None | | | Sell | 11/19 | J | | |
| 5. Worldcom Common Stock | | None | | | Sell | 11/19 | J | | |
| 6. Morgan Stanley Trust Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 7. Morgan Stanley Trust Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 8. All Star Growth Fund B | | None | | | Merger/Redem | 10/03 | J | | |
| 9. Van Kampen Comstock B | A | Dividend | J | T | | | | | |
| 10. Am. Ret. Villas Prop. II | A | Dividend | J | T | | | | | |
| 11. Rancon Realty Fund V | A | Dividend | J | T | | | | | |
| 12. Morgan Stanley Trust Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 13. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 14. Thames River Assoc. Limited Partnership | | None | K | T | | | | | |
| 15. ING Grw & Val Fund CL C | | None | J | T | | | | | |
| 16. Phoenix Growth & Income FD CL B | | None | J | T | | | | | |
| 17. Davis Series, Inc Financial Fund | | None | J | T | | | | | |
| 18. Dreyfus Premier Technology Growth Fund | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Putnam Health Sciences Trust Class B | | None | | | Sell | 11/06 | J | | |
| 20. Munder Framlington Health Care Fund | | None | J | T | | | | | |
| 21. UBS Painewebber RMA Acct. | A | Dividend | | | Sell | 10/03 | J | | |
| 22. ML Pacific Fund CL B | | None | | | Sell | 11/03 | J | | |
| 23. Putnam Investors Fund | | None | | | Sell | 11/04 | J | | |
| 24. Putnam New Opportunities Fund | | None | J | T | | | | | |
| 25. Seligman Henderson Global Growth Opp. Fund | | None | | | Sell | 10/30 | J | | |
| 26. AIM Large Cap Growth Fund | | None | J | T | | | | | |
| 27. AT&T Corp New | | None | | | Sell | 11/19 | J | | |
| 28. AT&T Corp New | | None | | | Sell | 11/19 | J | | |
| 29. Comcast Corp (New) Class A | A | Dividend | | | Sell | 11/19 | J | | |
| 30. Comcast Corp (New) Class A | A | Dividend | | | Sell | 11/19 | J | | |
| 31. Davis New York Venture B | | None | J | T | | | | | |
| 32. Pimco Renaissance Fund Class B | | None | J | T | | | | | |
| 33. Pimco Low Duration Fund CL C | A | Dividend | J | T | | | | | |
| 34. Fresno County Federal Credit Union Account | A | Interest | J | T | | | | | |
| 35. Equitable Life Insurance Co. of Iowa | A | Interest | K | T | | | | | |
| 36. American General Life Ins. Co. | A | Interest | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. American Opportunities FD B | | None | J | T | Merger/Buy | 10/03 | J | | |
| 38. Templeton Foreign Fund B | | None | J | T | Buy | 11/19 | J | | |
| 39. LIR Premier Money Market Fund | A | Dividend | J | T | Buy | 10/03 | J | | |
| 40. Seligman Communication & Information CL B | | None | J | T | Buy | 10/30 | J | | |
| 41. Munder Small Cap Value Fund | | None | J | T | Buy | 11/03 | J | | |
| 42. Teva Pharmaceuticals | | None | J | T | Buy | 12/19 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part III  NON-INVESTMENT INCOME
Part VII  INVESTMENTS and TRUSTS

I had previously reported interest income from my cash value life insurance policy with Franklin Life Ins. Co. (now American General Life Ins. Co.) as non-investment income.  Upon review, I now recognize that I should have been reporting such interest income in Part VII INVESTMENTS and TRUSTS. Therefore, I have reported the interest income for 2003 in entry number 36 in Part VII under American General Life Ins. Co.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ishii, Anthony W | 5/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬      Date  5-12-0☒

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544